**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Emanuel Rodriguez a/k/a Emanuel Rodriquez, | : | Chapter 13 |
| | : | |
| | : | Case No. 16-18296 AMC |
| Debtor. | | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears on behalf of Creditor, Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7, as its interests may appear pursuant to Section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Alexandra D. Rogin, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax: (215) 851-8383
arogin@eckertseamans.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice and Request is not intended to and shall not be deemed or construed to be a waiver by such creditor (i) to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding arising in or related to this case, or (ii) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, in law or in equity, all of which are hereby expressly reserved and preserved.

Dated:  April 6, 2022                               ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/ Alexandra Rogin*
Alexandra Rogin, Esquire (PA ID 322018)
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8401
Fax: (215) 851-8383
arogin@eckertseamans.com
*Counsel for Creditor, Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Emanuel Rodriguez a/k/a Emanuel Rodriquez, | : | Chapter 13 |
| | : | |
| | : | Case No. 16-18296 AMC |
| Debtor. | | |

I hereby certify that on April 6, 2022, a true and correct copy of the foregoing *Notice of Appearance* was served on all counsel of record *via* ECF Noticing.

/s/ Alexandra Rogin
Alexandra Rogin, Esquire